USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL DELACRUZ, *on behalf of himself and all other persons similarly situated,*

                Plaintiff,

-against-

341 FRAME INC.,

                Defendant.

1:19-cv-07355 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: October 3, 2019
       New York, New York

                                          _____
                                          ANDREW L. CARTER, JR.
                                          United States District Judge